# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

Patrick M. Ferrari )
Barbara L. Ferrari )
  )
  )
*Plaintiff* )
v. ) Case Number: 3:22-cv-217-DWD
Village of Glen Carbon, Chief of Police Todd Link ) (Clerk's Office will provide)
Glen Carbon Police Dept, Mayor of Glen Carbon )
Robert Jackstadt, Village of Glen Carbon Admin. ) **FILED**
Jamie Bowden, Madison County State's Attorney )
*Defendant(s)* ) FEB 04 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

Criminal Code §720 ILCS 5/8-2 (Class 4 Felonies); 740 ILCS 23/1 Illinois Civil Rights Act of 2003; 775 ILCS 5/1-102E, Illinois Human Rights Act; IL Constitution of 1970 Articles 1, 2, 4, 5, 6, 7, 8, 8.1, 9, 10, 12; 775 ILCS 5/5-102 (all); 775 ILCS 5/6-101(A) Conspire to Retaliation; USC Amendments 1, 4, 5, 6, 8, 14

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at

265 E. Ingle Dr., Glen Carbon, IL 62034 , alleges that his/her

civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Todd Link is employed as
          (a)     (Name of First Defendant)

Chief of Glen Carbon Police (IL)
          (b)     (Position/Title)

(10/2010)

with <u>Village of Glen Carbon, 151 N. Main St, Glen Carbon, IL 62034</u>
          (c)    (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [✔] Yes [ ] No

If your answer is YES, briefly explain:
He is the Chief of Police of the Glen Carbon, IL, police department and fully employed by the Village of Glen Carbon, and he personally is the instigator and head conspirator for denial of my Civil Rights, ILLEGAL arrests, SEARCHES, and SEIZURES.

Check one of the following:

[✔] This defendant **personally participated** in causing my injury, and I want **money damages**.

[✔] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.    Defendant <u>Jamie Bowden</u> is employed as
          (Name of Second Defendant)

<u>Administrator for the Village of Glen Carbon (IL)</u>
          (Position/Title)

with <u>151 N. main St., Glen Carbon, IL 62034</u>
          (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? [✔] Yes [ ] No

If you answer is YES, briefly explain:
He is the Administrator for the Village of Glen Carbon and fully employed by the Village, and he personally is the co-instigator and conspirator for denial of my Civil Rights leading to ILLEGAL arrests, SEARCHES, and SEIZURES.

Check one of the following:

[✔] This defendant **personally participated** in causing my injury, and I want **money damages**.

[✔] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.   Defendant <u>Robert Jackstadt</u> is employed as
         (Name of Third Defendant)

<u>Mayor of Glen Carbon (IL)</u>
                (Position/Title)

with <u>151 N. Main St., Glen Carbon, IL 62034</u>
         (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? [✔] Yes  [ ] No

If you answer is YES, briefly explain:
He is the Mayor of the Village of Glen Carbon, IL, and fully employed by the Village, and he personally acted as one of the co-conspirators for denial of my Civil Rights and leading to ILLEGAL arrests, SEARCHES, and SEIZURES.

Check one of the following:

[✔]   This defendant **personally participated** in causing my injury, and I want **money damages**.

[✔]   The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

### III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
☐ Yes ☑ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

    1. Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2. Case number:

    3. Name of Judge to whom case was assigned:

    4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

On February 4, 2020 the named defendants had me arrested a second time accusing me of Criminal Trespass to Real Property.
This was the SECOND time I was arrested and incarcerated on an ILLEGAL charge of Criminal Trespass to Real Property.
On both occassions I was on PUBLIC LAND. The first time in September 2019 at the Glen Carbon Publics Works parking lot discussing a problem with my city water being dirty and asking if they could investigate the problem. The second time I was arrested on 4 Feb 2020 for delivering a copy of a Circuit Court Motion that I filed with the court and as required by law.
They arrested me on both occassions because I filed a harassment claim agaiinst the Glen Carbon Police and the Village of Glen Carbon.
Their basis for arrest was that they claim to have sent me a letter restricting all of my movements throughout any part of Glen Carbon property and ordered that I have a police escort everywhere I go, or I will be arrested.
The "Letter" was issued on the advice of the Madison County State's Attorney, the Chief of Glen Carbon Police Todd Link, and the Mayor (Robert Jackstadt) and Administrator (Jamie Bowden) of the Village of Glen Carbon.
Note they all of these named defendants created and issued this "Letter" WITHOUT DUE PROCESS and just believed that they had the right to tell me where and when I could travel throughout Glen Carbon property to conduct business, or to have recreation with my family.
I have been arrested and incarcerated TWICE on Misdemeanor charges that carry a maximum of a $1000 fine and NO JAIL TIME! They set my bond at $3000 each time, for a total of $6000, and I spent the night in jail each time!
I was not informed of a Warrant for my arrest, as law requires.I was not allowed to pay my bond with my credit card as law reallows.
I spent the night in jail twice for a non-jailable offense.
I was denied Due Process from the start.
This was clearly a conspiracy.
This was clearly designed to DENY MY CIVIL RIGHTS.

I am filing this claim of Civil Rights violations and requesting a JURY TRIAL.

Respectfully submitted,
Patrick and Barbara Ferrari

(10/2010)

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 2,000,000.00_____.

Punitive damages in the amount of $ 3,200,000.00_____.

An ordering requiring defendant(s) to:
1) Personally apologize in person and in writing to mine and my family's satisfaction.
2) Immediate expungement of ALL Ordinance Violations and ALL Criminal Charges and ALL Arrests, and ALL Records of anykind (paper, video, audio, photos, etc.) that could desparage Patrick Ferrari of the Ferrari Family and including State, Federal, and Civil.

A declaration that:

In writing states that ALL records have been thoroughly expunged for ALL sources upon penalty of $2,000,000.00 paid by the Village of Glen Carbon if any records are discovered to exist in the custody of any of the Village of Glen Carbon, Madison County Sherriff, Illinois State Police, Fed. Law Enforcement, or ANY private legal records group.

Other:

The Village of Glen Carbon will pay in full to have an independant Computer Forensics Investigator, hired by me (Patrick Ferrari), to inspect and clear all records of these incidents and past histories that led up to these incidents from all computers and servers of the Village of Glen Carbon, Madison County Sherriff, Illinois State Police and Fed Gov

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ⦿ does or ○ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 2 Feb 2022_____  *[signature]* Barbara Ferrari_____
        (date)                                        Signature of Plaintiff

265 E. Ingle Dr._____    Patrick & Barbara Ferrari (enter Legal Signatu
      Street Address                              Printed Name

Glen Carbon, IL 62034_____
      City, State, Zip

(10/2010)

# UNITED STATES DISTRICT COURT

# for the Southern District of Illinois

Plaintiff(s)

Patrick M. Ferrari and Barbara L. Ferrari



**FILED**

FEB 0 4 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

Defendant(s)

Village of Glen Carbon, Chief of Glen Carbon Police Todd Link, Glen Carbon Police Department, Village of Glen Carbon Administrator Jamie Bowden, Madison County State's Attorney and his Office

Case Number:_____ (Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT

### Additional Defendant(s) (if any):

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Defendant #4: Village of Glen Carbon    Address: 151 N. main St., Glen Carbon, IL 62034

Defendant #4 is the local active government and was active and fully sanctioned these incidents.

Defendant #4 acted as co-conspirators for denial of my Civil Rights and leading to ILLEGAL arrests, SEARCHES, and SEIZURES by sanctioning these actions and approving them in advance as the Glen Carbon Village Council and the Village of Glen Carbon in whole as governed by defendants named.

Defendant #5: Madison county State's Attorney Address: 157 N. main St., Edwardsville, IL 62025

Defendant #5 is the state prosecuting attorney and was active and fully planning and sanctioning these incidents.

Defendant #5 acted as a co-conspirator for denial of my Civil Rights and leading to ILLEGAL arrests, SEARCHES, and SEIZURES by directing and sanctioning these actions with legal advice and council and

approving them in advance as the prosecuting attorney in whole as one of the participating defendants named.