**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **PATRICK M. FERRARI, and** | ) | |
| **BARBARA L. FERRARI,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 22-cv-217-DWD** |
| | ) | |
| **TODD LINK,** | ) | |
| **JAMES BOWDEN,** | ) | |
| **ROBERT JACKSTADT,** | ) | |
| **VILLAGE OF GLEN CARBON, and** | ) | |
| **MADISON COUNTY STATE'S** | ) | |
| **ATTORNEY'S OFFICE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF RECUSAL

**DUGAN, District Judge:**

The undersigned District Judge hereby **RECUSES** from the above-captioned case.

The Clerk of Court has randomly reassigned this matter to United States District Judge

Stephen P. McGlynn.  All future documents filed in this matter shall bear the case number

3:22-cv-217-SPM.

**SO ORDERED.**

DATED:  February 9, 2022

_____
DAVID W. DUGAN
United States District Judge